1   BARRY J. PORTMAN
    Federal Public Defender
2   ELLEN V. LEONIDA
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500
    Fax: (510) 637-3507
5   Email: ellen_leonida@fd.org

6   Counsel for Defendant
    JESUS SEPULVEDA HIGUERA
7

8
                    IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11  UNITED STATES OF AMERICA,                CR 11-00148 SBA

12                     Plaintiff,             ORDER FOR CONTINUANCE OF
                                              STATUS HEARING AND EXCLUSION
13          v.                                OF TIME UNDER THE SPEEDY TRIAL
                                              ACT, 18 U.S.C. SECTION 3161(H)(7)(A)
14  JESUS ALFREDO SEPULVEDA                   & (B)(iv)
    HIGUERA,
15
                       Defendant.
16

17

18                                **ORDER**

19          GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court

20  hereby orders that the status hearing set for May 3, 2011 at 10:00 a.m., before the Honorable

21  Saundra Brown Armstrong, be vacated and reset for June 7, 2011 at 10:00 a.m..

22          Based upon the representation of counsel and for good cause shown, the Court finds that

23  failing to exclude the time between May 3, 2011 and June 7, 2011 would unreasonably deny the

24  defense the reasonable time necessary for effective preparation, taking into account the exercise of

25  due diligence. Additional time is thus needed for effective preparation of counsel, as well as

26

CR 11-00148 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time                1

1   continuity of counsel.  18 U.S.C. § 3161(h)(7) and (B)(iv).  The court further finds that the ends of

2   justice served by the granting of the continuance from May 3, 2011 until June 7, 2011 outweigh the

3   best interests of the public and the defendant in a speedy and public trial .

4          Based on these findings, IT IS HEREBY ORDERED that the time between May 3, 2011 and

5   June 7, 2011 be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv).

6   DATED: 5/2/11

7

8   _____

9   HON. SAUNDRA BROWN ARMSTRONG
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR 11-00148 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time                    2