MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JESUS ALFREDO SEPULVEDA-HIGUERA,<br>   a/k/a "Cesar Sepulveda,"<br><br>   Defendant. | No. CR 11-00148 SBA<br><br>STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO ALLOW PREPARATION OF A PRE-PLEA PRESENTENCE REPORT<br><br>Date:   September 28, 2011<br>Time:   10:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

     The above-captioned matter is set for September 28, 2011, before this Court for change of plea and sentencing. The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation to allow time for the Court to consider the proposed plea agreement and for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between June 15, 2011, and September 28, 2011, should be excluded under the Speedy

STIP. REQ. TO EXCLUDE TIME AND TO ALLOW PREPARATION OF A PRESENTENCE REPORT
CR 11-00148 SBA

Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: June 21, 2011

| /s/ | /s/ |
|---|---|
| JENNIFER GASPAR | ELLEN LEONIDA |
| Special Assistant United States Attorney | Assistant Federal Public Defender |
| Counsel for United States | Counsel for Defendant |

This matter is set for change of plea and sentencing on September 28, 2011, at 10:00 a.m. The parties jointly request that time be excluded under the Speedy Trial Act between June 15, 2011, and September 28, 2011, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that time between June 15, 2011, and September 28, 2011, is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_6/16/11

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO EXCLUDE TIME AND TO ALLOW PREPARATION OF A PRESENTENCE REPORT
CR 11-00148 SBA